COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Trina Elaine Shaw v. Mason Friendswood OP, LLC d/b/a Friendship Haven Healthcare & Rehabilitation Center

Appellate case number:  01-12-01098-CV

Trial court case number:  11CV0513

Trial court:  212th District Court of Galveston County

Appellee, Mason Friendswood OP, LLC d/b/a Friendship Haven Healthcare & Rehabilitation Center, has filed a second motion to dismiss this appeal, arguing that the appeal should be dismissed because appellant, Trina Elaine Shaw, has failed to respond to this Court's notice regarding the reporter's record and has failed to file a brief. We deny the motion and order Shaw to file her brief within 30 days of the date of this order.

The court reporter responsible for preparing the record in this appeal informed the Court that Shaw had not requested, or made arrangements to pay for, the reporter's record. The Clerk of this Court then notified Shaw that, unless she provided proof of having paid or made payment arrangements for preparation of the reporter's record by July 22, 2013, the Court might require her to file a brief and consider and decide only those issues or points that do not require a reporter's record for a decision. *See* Tex. R. App. P. 37.3(c). Shaw has not responded. However, no deadline for requiring Shaw to file a brief has been set and she has not failed to timely file a brief.

An appellant may be required to file a brief without a reporter's record, if the reporter fails to file the record because the appellant fails to request the record or fails to pay the reporter's fee for preparing the record. *See id.* Accordingly, the Court will consider and decide only those issues or points that do not require a reporter's record for a decision. *See id.*

Shaw's brief is ORDERED to be filed within 30 days of the date of this order. *See* Tex. R. App. P. 38.6(a). Mason Friendswood OP, LLC's brief, if any, is ORDERED to be filed within 30 days of the filing of Shaw's brief. *See* Tex. R. App. P. 38.6(b).

Mason Friendswood OP, LLC's second motion to dismiss is denied.

It is so ORDERED.


Judge's signature: /s/ <u>Jim Sharp</u>
                                ☑ Acting individually    ☐ Acting for the Court


Date: October 24, 2013